# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff-Appellee,

v.                                                 Docket No. 15-4110

ADRIAN MARQUESE ADAMS,
    Defendant-Appellant.

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT

Under Fourth Circuit Local Rule 46(c), appellant Adrian Marquese Adams, by and through undersigned counsel, hereby moves this Court for an Order allowing counsel to withdraw from representing appellant and appointing new counsel to represent him in his appeal to this Court. In support of this Motion, Adams shows the Court the following:

    1.    On September 25, 2007, the district court sentenced Adams to 216 months' imprisonment and five years of supervised release after he pleaded guilty to Possession of a Firearm During and in Relation to a Drug Trafficking Crime in the United States District Court for the Western District of North Carolina. After the government filed a motion to reduce his sentence, the district court entered an Amended Judgment on May 20, 2008, reducing Adams's term of imprisonment to 120 months. After his release from federal prison, Adams violated the terms of his supervised release, and on February 13, 2015, the district court sentenced Adams to a 27-month term of imprisonment to run consecutively with his sentence on a new charge currently pending in the U.S. District Court for the

Western District of North Carolina. Counsel's office also represents Adams on that charge.

2.      During the course of representing Adams, trial counsel, Fredilyn Sison, has discovered a serious and irreconcilable conflict of interest in the continued representation of Adams by Sison, undersigned counsel, and the Federal Defenders of Western North Carolina. Sison has moved to withdraw from continued representation of Mr. Adams in the district court.

3.      Under Local Rule 27(a), undersigned counsel has informed the government's counsel of record, Amy E. Ray, of the filing of this motion. The government takes no position on the requested relief.

4.      Counsel has informed Adams that she must withdraw from representing him and is providing him with a copy of this motion.

WHEREFORE, appellant respectfully prays that the Court enter an Order allowing undersigned counsel and the Federal Defenders of Western North Carolina, Inc. to withdraw from representing Adams on appeal and assigning him new counsel.

This, the 26th day of March, 2015.

        Respectfully submitted,

        Ross Hall Richardson, Executive Director
        Federal Defenders of
           Western North Carolina, Inc.

        s/Ann L. Hester
        Ann L. Hester
        Assistant Federal Defender
        129 West Trade Street, Suite 300
        Charlotte, NC 28202
        (704) 374-0720
        *Counsel for Appellant*

## CERTIFICATE OF SERVICE

I, Ann L. Hester, Assistant Federal Defender for the Federal Defenders of Western North Carolina, hereby certify that a true and correct copy of the foregoing *Motion to Withdraw as Counsel for Appellant* was served on the government's counsel of record, AUSA Amy E. Ray by CM/ECF this 26th day of March, 2015.

Counsel also has provided Adams with a copy of the foregoing *Motion to Withdraw as Counsel for Appellant* via United States Mail, postage prepaid, addressed as follows:

>Mr. Adrian Marquese Adams
>Buncombe County Jail
>20 Davidson Drive
>Asheville, NC 28801

>s/Ann L. Hester
>Ann L. Hester
>Assistant Federal Defender
>Ann_Hester@fd.org